UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIEL HAY,<br><br>    Plaintiff,<br><br>v.<br><br>ALH ADMINISTRATIVE SERVICES, LLC<br><br>    Defendant. | Case No: 6:16-cv-484-ORL-18DCI |

**DEFENDANT, ALH ADMINISTRATIVE SERVICES, LLC'S,
MOTION TO WITHDRAW MOTION FOR COSTS AND TO CLOSE CASE**

Pursuant to the Federal and Local Rules for the United States District Court for the Middle District of Florida, Defendant, ALH ADMINISTRATIVE SERVICES, LLC ("ALH"), by and through the undersigned attorneys, files this Motion to Withdraw Motion for Costs and to Close Case and says:

1. The parties have amicably resolved the issues of award and amounts of costs.

2. The parties jointly request for the Court to close the case.

3. Pursuant to Local Rule 3.01(g) counsel for the Defendant certifies that he has conferred with counsel for Plaintiff about the subject matter of this Motion and counsel for Plaintiff has no objection to the Motion.

**WHEREFORE,** for the reasons discussed above, Defendant respectfully requests this Court grant this Motion to Withdraw Motion for Costs and to Close Case.

Dated: 8/9/17

/s/ R. Nathan Hightower
R. Nathan Hightower, Esq.
FBN: 393990
Email: nhightower@amerilife.com
Secondary: sfazio@amerilife.com
Ryan M. Scully, Esq.
FBN: 0030944
Email: rscully@amerilife.com
2650 McCormick Drive, Suite 300L
Clearwater, Florida 33759
Telephone: 727-287-0775
Facsimile: 727-216-7008
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I mailed, emailed, and faxed copies to Richard Celler, Esquire and Noah E. Storch, Esquire, via U.S. Mail to: Richard Celler Legal, P.A., 7450 Griffin Road, Suite 230, Davie, Florida 33314, via email to: richard@floridaovertimelawyer.com and noah@floridaovertimelawyer.com, and via facsimile transmission to (954) 337-2771.

/s/ R. Nathan Hightower
R. Nathan Hightower, Esq.
FBN: 393990
Email: nhightower@amerilife.com
Secondary: sfazio@amerilife.com
Ryan M. Scully, Esq.
FBN: 0030944
Email: rscully@amerilife.com
2650 McCormick Drive, Suite 300L
Clearwater, Florida 33759
Telephone: 727-287-0775
Facsimile: 727-216-7008
Attorneys for Defendant